**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Freddie BARKLEY, Jr., Defendant–
Appellant.**

**No. 07–14048**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 3, 2008.

John R. Francisco, Sinnreich & Francisco, Macon, GA, for Defendant–Appellant.

---

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before CARNES, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for Freddie Barkley, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Barkley's conviction and sentence are **AFFIRMED**.